# Court of Appeals
# of the State of Georgia

ATLANTA,   September 21, 2015   

*The Court of Appeals hereby passes the following order:*

**A16D0018. BERNARD WILLIAMS v. THE STATE.**

In the wake of his participation in a home invasion, a jury found Bernard Williams guilty of burglary, armed robbery, and other crimes. We affirmed his convictions on appeal. *Williams v. State*, 287 Ga. App. 361 (651 SE2d 768) (2007). Williams subsequently filed an extraordinary motion for new trial. The trial court denied the motion, and we dismissed Williams's appeal as untimely. Case No. A09D0497 (Aug. 28, 2009). Williams then filed a motion to vacate void sentence. The trial court denied the motion on July 24, 2015. Thirty-two days later, on August 25, 2015, Williams filed this application for discretionary review. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because this application is untimely, we lack jurisdiction to consider it.  See *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* <u>  09/21/2015  </u>
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*